FILED

12/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0583



**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**THE OFFICE OF THE CLERK OF SUPREME COURT**
**HELENA, MONTANA 59620-3003**

December 22, 2023

**N O T I C E**
Supreme Court No.
DA 21-0583

IN THE MATTER OF:

N.T.,

A Youth.

NOTICE OF CORECTED OPINION - 2023 MT 247N the following corrections were made; Corrections have been made to an Opinion that was submitted. The corrections are listed below and a new Opinion is attached. Sorry for the inconvenience.

DA 21-0583 In the Matter of N.T., A Youth

¶2: N.T. appeals his ~~conviction~~ <mark>adjudication as a delinquent youth and youth court disposition entered in</mark> ~~from~~ the Montana Eighteenth Judicial District Youth Court, Gallatin County, <mark>for committing acts that would constitute felony criminal mischief</mark>, ~~a felony~~ in violation of § 45-6-101, MCA.
**Corrected:** ¶2 N.T. appeals his adjudication as a delinquent youth and youth court disposition entered in the Montana Eighteenth Judicial District Youth Court, Gallatin County, for committing acts that would constitute felony criminal mischief, in violation of § 45-6-101, MCA.

¶ 7 <mark>The State petitioned that N.T. be declared a delinquent youth for committing acts that would constitute felony criminal mischief, in violation of § 45-6-101, MCA, if committed by an adult.</mark> ~~N.T. was charged with criminal mischief in violation of § 45-6-101, MCA.~~
**Corrected:** ¶7 The State petitioned that N.T. be declared a delinquent youth for committing acts that would constitute felony criminal mischief, in violation of § 45-6-101, MCA, if committed by an adult.

¶8 The ~~District~~ <mark>Youth</mark> Court agreed with the State and allowed the admission of all evidence gathered prior to the improper Miranda advisory. ~~Following a jury trial, N.T. was convicted of~~ <mark>A jury found N.T. committed acts of</mark> criminal mischief and <mark>N.T. was</mark> adjudicated a delinquent youth.
**Corrected**: The Youth Court agreed with the State and allowed the admission of all evidence gathered prior to the improper Miranda advisory. A jury found N. T. committed acts of criminal mischief and N. T. was adjudicated a delinquent youth.

¶15 Therefore, the ~~District~~ <mark>Youth</mark> Court did not err when it admitted the statements made by N.T. during his initial encounter with Officer Hodges.
**Corrected:** Therefore, the Youth Court did not err when it admitted the statements made by N.T. during his initial encounter with Officer Hodges.

*As a reminder, one can follow this case online through the Clerk of the Supreme Court's Public View Docket at http://supremecourtdocket.mt.gov/.*

Sincerely,

Bowen Greenwood
Clerk of the Supreme Court